[No. 20119-4-II.    Division Two.    October 24, 1997.]

*In the Matter of the Marriage of* MARK W. BENNETT, *Appellant,* and CONNIE A. BENNETT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-3-01747-0, Grant L. Anderson, J., entered October 20, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20144-5-II.    Division Two.    October 24, 1997.]

PAMELA G. READ, *Respondent,* v. CARL KNECHT, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-05232-6, Terry D. Sebring, J., entered October 25, 1995. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 20223-9-II.    Division Two.    October 24, 1997.]

SIMPSON TIMBER COMPANY, *Appellant,* v. GERALD D. DONNELLY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-01039-1, David E. Foscue, J., entered December 7, 1995. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 20312-0-II.    Division Two.    October 24, 1997.]

WILLIS ENTERPRISES, INC., *Respondent,* v. DAPAUL, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-00674-2, F. Mark McCauley, J., entered December 14, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.